JUDGE RICARDO S. MARTINEZ

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| AVALON CONDOMINIUM HOMEOWNER'S ASSOCIATION, a Washington Non-Profit Corporation,<br><br>Plaintiff,<br><br>v.<br><br>CENTURY SURETY COMPANY, an Ohio Corporation; and DOE INSURANCE COMPANIES 1–10,<br><br>Defendants. | NO. 2:20-cv-01430-RSM<br><br>**JOINT STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE AND WITHOUT COSTS**<br><br>NOTE ON MOTION CALENDAR: OCTOBER 29, 2021 |

TO: Clerk of the Court;
AND TO: All Parties, and their Attorneys of Record.

PLEASE TAKE NOTICE that, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), Plaintiff Avalon Condominium Homeowner's Association ("Association") and Defendant Century Surety Company ("Century") (collectively, the "Parties") jointly move to dismiss all claims between them in the current action with prejudice, and without costs or attorney fees awarded to either party.

///

///

///

///

JOINT STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE AND WITHOUT COSTS (2:20-cv-01430-RSM) - 1

STEIN, SUDWEEKS & STEIN, PLLC
2701 FIRST AVENUE, SUITE 430
SEATTLE, WA 98121
PHONE 206.388.0660 FAX 206.286.2660

1  IT IS SO STIPULATED.

2  DATED this 29th day of October, 2021.

| | |
|---|---|
| **STEIN, SUDWEEKS & STEIN, PLLC** | **WILLIAMS, KASTNER & GIBBS PLLC** |
| <u>/s/Jessica R. Burns</u> | <u>/s/ Eliot M. Harris</u> |
| Jerry H. Stein, WSBA No. 27721 | Eliot M. Harris, WSBA No. 36590 |
| Justin D. Sudweeks, WSBA No. 28755 | Miles J. M. Stewart, WSBA No. 46067 |
| Daniel J. Stein, WSBA No. 48739 | 601 Union Street, Suite 4100 |
| Jessica R. Burns, WSBA No. 49852 | Seattle, WA 98101-2380 |
| 2701 First Ave., Suite 430 | Telephone: (206) 628-6600 |
| Seattle, WA 98121 | Email: eharris@williamskastner.com |
| Telephone: (206) 388-0660 | mstewart@williamskastner.com |
| Email: jstein@condodefects.com | ***Attorneys for Defendant*** |
| justin@condodefects.com | |
| dstein@condodefects.com | |
| jessica@condodefects.com | |
| Phone: (206) 388-0660 | |
| ***Attorneys for Plaintiff*** | |

# ORDER

This matter having come before the Court upon the Parties' Joint Stipulation of Dismissal With Prejudice and Without Costs ("Joint Stipulation"), and the Court having reviewed the Joint Stipulation and the records and files herein, and finding good cause, now, therefore, it is hereby ORDERED that the Parties' Joint Stipulation of Dismissal With Prejudice and Without Costs is GRANTED.

IT IS FURTHER ORDERED that all claims between the Parties are DISMISSED with prejudice, and without costs or attorney fees awarded to either party. This case is closed.

DATED this 2nd day of November, 2021.

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

Presented by:

**STEIN, SUDWEEKS & STEIN, PLLC**

/s/Jessica R. Burns
Jerry H. Stein, WSBA No. 27721
Justin D. Sudweeks, WSBA No. 28755
Daniel J. Stein, WSBA No. 48739
Jessica R. Burns, WSBA No. 49852
2701 First Ave., Suite 430
Seattle, WA 98121
Email: jstein@condodefects.com
       justin@condodefects.com
       dstein@condodefects.com
       jessica@condodefects.com
Phone: (206) 388-0660
**Attorneys for Plaintiff**

**WILLIAMS, KASTNER & GIBBS PLLC**

*/s/ Eliot M. Harris*
Eliot M. Harris, WSBA No. 36590
Miles J. M. Stewart, WSBA No. 46067
601 Union Street, Suite 4100
Seattle, WA 98101-2380
Tel: (206) 628-6600
Email: eharris@williamskastner.com
         mstewart@williamskastner.com
***Attorneys for Defendant***

# CERTIFICATE OF SERVICE

I hereby certify that on October 29, 2021 a copy of the foregoing **Document** and this *Certificate of Service* were served on counsel below as noted:

Attorneys for Century Surety Company:
Eliot M. Harris, WSBA No. 36590
Miles J. Stewart, WSBA No. 46067
Williams, Kastner & Gibbs PLLC
601 Union Street, Suite 4100
Seattle, WA 98101-2380
Telephone: (206) 628-6600
Email:
Eharris@williamskastner.com
Mstewart@williamskastner.com
Kmosebar@williamskastner.com
Sblair@williamskastner.com

☐ via US Mail
☐ via Legal Messenger
☒ via CM/ECF
☐ via E-Mail

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

SIGNED this 29th day of October, 2021 at Seattle, Washington.

*s/Zach Heafner*
Zach Heafner, Paralegal
2701 First Avenue, Suite 430
Seattle, WA 98121
Email: zach@condodefects.com
Phone: (206) 388-0660

STEIN, SUDWEEKS & STEIN, PLLC
2701 FIRST AVENUE, SUITE 430
SEATTLE, WA 98121
PHONE 206.388.0660 FAX 206.286.2660